```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 18575
   TYSON F PAGE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

      Debtor
   SSN XXX-XX-4884

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 06/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.05%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I   NOT FILED           .00             .00
AMERICAN GENERAL FINANCE  UNSECURED         1618.82           .00          291.78
NATIONAL CAPITAL MANAGEM  SECURED           6000.00        648.17         6000.00
INTERNAL REVENUE SERVICE  PRIORITY          1000.00           .00         1000.00
FIRST CHICAGO BANK ONE    UNSECURED        NOT FILED          .00             .00
NATIONAL ACTION FINANCIA  NOTICE ONLY      NOT FILED          .00             .00
CERTEGY                   UNSECURED        NOT FILED          .00             .00
MURPHY MARTIN RECOVERY    NOTICE ONLY      NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED             .00           .00             .00
MARK RYAN                 NOTICE ONLY      NOT FILED          .00             .00
US DEPT OF EDUCATION      UNSECURED        16333.28           .00         2947.34
MARSHALL DEPARMENT STORE  UNSECURED        NOT FILED          .00             .00
MURPHY MARTIN RECOVERY    NOTICE ONLY      NOT FILED          .00             .00
PLS FINANCIAL             UNSECURED        NOT FILED          .00             .00
ALLEN LEWIS AND ASSOCIAT  NOTICE ONLY      NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED         2101.02           .00          378.69
CITIBANK NA               NOTICE ONLY      NOT FILED          .00             .00
NATIONAL ENTERPRISE SYST  NOTICE ONLY      NOT FILED          .00             .00
SPRINT                    UNSECURED        NOT FILED          .00             .00
AFNI                      NOTICE ONLY      NOT FILED          .00             .00
WELLS FARGO BANK NA       SPECIAL CLASS     8220.23           .00         8220.23
PLATO JUNIOR EDUCATION L  NOTICE ONLY      NOT FILED          .00             .00
NATIONAL CAPITAL MANAGEM  UNSECURED         4980.49           .00          899.63
ASSOCIATES NATIONAL BANK  UNSECURED          417.02           .00           75.18
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,594.00                     2,594.00
TOM VAUGHN                TRUSTEE                                       1,424.98
DEBTOR REFUND             REFUND                                          411.31

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 18575 TYSON F PAGE

```
TRUSTEE                                 24,891.31

PRIORITY                                                   1,000.00
SECURED                                                    6,000.00
    INTEREST                                                 648.17
UNSECURED                                                 12,812.85
ADMINISTRATIVE                                             2,594.00
TRUSTEE COMPENSATION                                       1,424.98
DEBTOR REFUND                                                411.31
                                    ---------------    ---------------
TOTALS                                  24,891.31         24,891.31
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE